## Commonwealth ex rel. Schell, Appellant, *v.* Case.

Argued May 3, 1966. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*James Fitzcharles, III,* for appellants.

*Oscar S. Bortner,* Assistant District Attorney, with him *Ward F. Clark,* District Attorney, for appellee.

OPINION PER CURIAM, May 24, 1966:
Order affirmed.